GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GERALYN GULSETH (CSBN 160872)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134
    e-mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant Commissioner
of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROLAND MASON, | NO. EDCV 08-01354 AG (RZ) |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having granted the Defendant's Motion to Remand to issue a new decision, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative action consistent with Defendant's Motion for Remand and the Order of Remand.

DATE: November 30, 2009

_____
HON. ANDREW J. GUILFORD
United States District Judge

1